## LIVINGSTON *v.* THE STATE.

GILBERT, J.  1. Neither the evidence nor the statement of the accused made voluntary manslaughter an issue. Accordingly the court did not err in failing to instruct the jury in regard to the law on that subject.  *Baker* v. *State,* 111 *Ga.* 141 (2), 142 (36 S. E. 607).

2. The request that the case of *Smith* v. *State,* 125 *Ga.* 300 (54 S. E. 124), be reviewed and overruled is denied.

3. The evidence authorized the verdict, and none of the assignments of error show cause for a reversal.

*Judgment affirmed. All the Justices concur.*

No. 1226.  JANUARY 15, 1919.

Indictment for murder.  Before Judge Kent.  Laurens superior court.  September 14, 1918.

*Warren Grice, J. H. Roberts,* and *W. A. Dampier,* for plaintiff in error.

*Clifford Walker,* attorney-general, *E. L. Stephens,* solicitor-general, and *M. C. Bennet,* contra.

---

## BIRD *v.* THE STATE.

GILBERT, J.  The evidence authorized the verdict, and none of the assignments of error show cause for a reversal.

*Judgment affirmed. All the Justices concur.*

No. 1243.  JANUARY 15, 1919.

Indictment for murder.  Before Judge Hardeman.  Emanuel superior court.  October 28, 1918.

*F. H. Saffold,* for plaintiff in error.

*Clifford Walker,* attorney-general, *Walter F. Grey,* solicitor-general, and *M. C. Bennet,* contra.